JOHN W. TAYLOR IV #167117

NCCF

P.O. BOX A

NEW CASTLE, IN 47362

RE: 1:25-CV-1083-RLY-CSW

CLERK OF THE COURT,

I AM CHECKING ON [...] CAUSE NO. I'VE SENT MULTIPLE DOCUMENTS T[...] RING INTO THE STATUS OF THIS CAUSE NO. & TO RECI[...] RECORD & TO DATE I HAVE NOT RECIEVE ANY C[...] THE COURT.

I SPECIFICALLY NEED[...] OF MY IN FORMA PAUPERIS REQUEST, BECAUSE [...] UNDERSTANDING AS IT RELATES TO MY "OFFENDE[...] OFFENDER RE-ENTRY ACCOUNT". IN DKT. 13 THE CO[...] LIEVED THE $214.23

IN THE RE-ENTRY ACCOUNT [...] TRUST ACCOUNT. I ZERO ACCESS OR CONTROL OF [...] DUNT. ON AUGUST 17TH I SENT A RESPONSE TO THE [...] A SIX-MONTH ACCOUNT ACTIVITY PRINT-OFF TO SH[...] IN FACT INDIGENT & HAVE NOT RECIEVED ANY M[...] 5TH, 2025.

IF I COULD RECIEVE A[...] ASE SUMMARY & SOME CORRESPONDENCE INFORM[...] US OF THIS CAUSE NO. I'D APPRECIATE IT. THANK [...] E & ASSISTANCE.

SIGNED THIS 29TH DAY OF OCTOBER 2025.

RESPECTFULLY SUBMITTED,

x _John Taylor_
JOHN W. TAYLOR IV

---

**[Stamp overlay:]**

The Motion is GRANTED to the extent that the Clerk is directed to send Plaintiff a copy of Dkts. 7 and 13 and a copy of the docket sheet.

Crystal S. Wildeman
U.S. Magistrate Judge
Date: November 13, 2025

Distributed via U.S. Mail to:
JOHN W. TAYLOR, IV
167117
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362